## Harry A. Sacks and Albert J. Horan, Bailiff of the Municipal Court of Chicago, for the Use of Harry A. Sacks, Plaintiffs-Appellants, v. American Bonding Company of Baltimore, Defendant-Appellee.

Gen. No. 45,725. 

Grossman & Grossman, for appellants; Louis N. Grossman, and Lester N. Grossman, of counsel; Tenney, Sherman, Bentley & Guthrie, for appellee; S. Ashley

Guthrie, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.